UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 5:18-bk-04456-MJC |
| | : | CHAPTER: 13 |
| Barry Francioni, | : | |
| | : | **NOTICE OF APPEARANCE** |
| Debtor. | : | |
| | : | HON. JUDGE.: Mark J Conway |

------------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee for LB-Ranch Series V Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for SN Servicing Corporation as servicer
> for U.S. Bank Trust National Association, as
> Trustee for LB-Ranch Series V Trust
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: June 2, 2023
      Garden City, New York

      By: /s/ *Lauren M. Moyer*
      Lauren M. Moyer, Esq.
      FRIEDMAN VARTOLO LLP
      Attorneys for Movant
      1325 Franklin Avenue, Suite 160
      Garden City, New York 11530
      T: (212) 471-5100
      F: (212) 471-5150
      Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------X
|                          |   |                                  |
| IN RE:                   | : | CASE NO.: 5:18-bk-04456-MJC       |
|                          | : | CHAPTER: 13                       |
| Barry Francioni,         | : |                                   |
|                          | : | **CERTIFICATE OF SERVICE**        |
| Debtor.                  | : |                                   |
|                          | : | HON. JUDGE.: Mark J Conway        |
------------------------------------------------------------------X

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE**

    The undersigned counsel for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee for LB-Ranch Series V Trust ("Secured Creditor") certify that, on the date stated hereon, I caused to be served a copy of the Notice of Appearance filed on behalf of Secured Creditor on the parties in the manner specified on the attached service list.

    The type(s) of service made on the parties was: electronic notification or first-class mail, postage pre-paid. Where service is by electronic notification, the address of the party is listed for identification purposes only.

EXECUTED ON: June 2, 2023
                     Garden City, New York

                                              FRIEDMAN VARTOLO, LLP.

                                              By: /s/ *Lauren M. Moyer*
                                              Lauren M. Moyer, Esq.
                                              FRIEDMAN VARTOLO LLP
                                              Attorneys for Movant
                                              1325 Franklin Avenue, Suite 160
                                              Garden City, New York 11530
                                              T: (212) 471-5100
                                              F: (212) 471-5150
                                              Bankruptcy@FriedmanVartolo.com

**Service by NEF**

**Trustee**
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**Debtor's Counsel**
Paul W McElrath, Jr.
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

**U.S. Trustee**
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

**Service by First-Class Mail**

**Debtor**
Barry Francioni
1029 LaSalle Street
Berwick, PA 18603