| | |
|---|---|
| In re: | Case No. 18-04456-MJC |
| Barry Francioni | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 15, 2023 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5512625 | Email/Text: bknotices@snsc.com | Jun 15 2023 18:48:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 17, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian C Nicholas | on behalf of Creditor COMMUNITY LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

Lauren Marie Moyer
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee for LB-Ranch Series V Trust lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Marisa Myers Cohen
on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com

Michelle Ghidotti
on behalf of Creditor U.S. Bank Trust National Association as Trustee of LB-Tiki Series V Trust bknotifications@ghidottiberger.com

Paul W McElrath, Jr.
on behalf of Debtor 1 Barry Francioni ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania  
Case No. 5:18-bk-04456-MJC  
Chapter 13

In re: Debtor(s) (including Name and Address)

Barry Francioni  
1029 LaSalle Street  
Berwick PA 18603

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/14/2023.

Name and Address of Alleged Transferor(s):

Claim No. 3: SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501

Name and Address of Transferee:

U.S. Bank Trust National Association as Trustee  
for LB-Ranch Series V Trust  
SN Servicing Corporation  
323 Fifth Street  
Eureka, CA 95501  
U.S. Bank Trust National Association as

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/17/23

Terrence S. Miller  
**CLERK OF THE COURT**