IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| TAWNIA DIEHL | : | CASE NO.: 4-19-bk-00161-MJC |
| GARY PAGE and TINA PAGE | : | CASE NO.: 4-19-bk-00333-MJC |
| JUSTIN HOLLABAUGH | : | CASE NO.: 4-19-bk-02563-MJC |
| MATTHEW RAGAN | : | CASE NO.: 4-19-bk-03804-MJC |
| JEFFREY E. STRYKER and SHERRY A. STRYKER | : | CASE NO.: 4-21-bk-01259-MJC |
| MARSHA K. FANNIN | : | CASE NO.: 4-23-bk-00040-MJC |
| NESTOR ARIAS and COLEEN ARIAS | : | CASE NO.: 5-18-bk-02033-MJC |
| BARRY FRANCIONI | : | CASE NO.: 5-18-bk-04456-MJC |
| STEPHEN SCHOTT | : | CASE NO.: 5-19-bk-00123-MJC |
| CHRISTINA CHABAN | : | CASE NO.: 5-19-bk-01416-MJC |
| THOMAS R. HOMENCHAK | : | CASE NO.: 5-19-bk-02085-MJC |
| MICHAEL PUTALAVAGE and TERRI PUTALAVAGE | : | CASE NO.: 5-19-bk-03389-MJC |
| PAUL WERKHEISER | : | CASE NO.: 5-20-bk-00245-MJC |
| JOSEPH HOLLOMAN | : | CASE NO.: 5-20-bk-01593-MJC |
| RONALD WALTON | : | CASE NO.: 5-21-bk-01053-MJC |
| DEBTORS | : | |

## **CHAPTER 13 TRUSTEE'S STATUS REPORT**

At a hearing held on January 10, 2024, the Court ordered that all counsel file a Status Report related to the United States Trustee's Motion for Status Conference filed in the above-referenced cases. The Chapter 13 Trustee, Jack N. Zaharopoulos, hereby asserts the following as his Report:

1. As of today's date, Attorney McElrath has not provided to the Chapter 13 Trustee a proposed course of action as required by the Court.

2. Since the date of the January 10, 2024 hearing, the Chapter 13 Trustee's Office has continued to receive phone calls from several of Attorney McElrath's clients indicating they still cannot get a hold of Attorney McElrath.

3. The United States Trustee has just notified the Chapter 13 Trustee that, due to ongoing health concerns, Attorney McElrath intends to voluntarily cease practicing law and to inform the Court of the same at the adjourned Status Conference on March 7, 2024.

WHEREFORE, the Chapter 13 Trustee files this Status Report with this Honorable Court pursuant to the Court's January 10, 2024 Order.

Respectfully submitted this 9th day of February, 2024.

                                                  Jack N. Zaharopoulos
                                                  Chapter 13 Trustee


_____/s/_____
Jack N. Zaharopoulos
Chapter 13 Trustee
PA ID 330029
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Tel. (717) 566-6097
Email: jackz@pamd13trustee.com