United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-04456-MJC |
| Barry Francioni | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 07, 2024 | Form ID: ntrevtfr | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2024:**

**Recip ID      Recipient Name and Address**
db      + Barry Francioni, 1029 LaSalle Street, Berwick, PA 18603-1816

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee for LB-Ranch Series V Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Marisa Myers Cohen | |

| | |
|---|---|
| | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| Michael Patrick Farrington | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company tue67813@temple.edu |
| Michelle Ghidotti | on behalf of Creditor U.S. Bank Trust National Association as Trustee of LB-Tiki Series V Trust bknotifications@ghidottiberger.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Barry Francioni,  Chapter 13

**Debtor 1**

Case No.  5:18−bk−04456−MJC

## Notice

Notice to Debtor 1:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−5 a discharge will not be entered for Debtor 1 unless a Certification Regarding Domestic Support Obligations and a Certification About a Financial Management Course are filed (Official Form 423). See Fed. R. Bankr. P. 1007. Only certifications filed on or after the date the Trustee certifies plan payments were completed are valid, certifications filed before that date must be refiled.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PatriciaRatchford, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 7, 2024 |

ntrevtfr(04/18)