# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Barry Francioni

Case No.:5-18-04456 MJC

Chapter 13

**Debtor(s)**                                    **Debtor(s)**

## AMENDED NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | SN Servicing |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 2361 |
| Property Address if applicable: | 1029 Lasalle St |

### PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,400.00 |
| b. | Prepetition arrearages paid by the trustee: | $1,400.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $1,400.00 |

### PART 3:  POSTPETITION MORTGAGE PAYMENT

| | |
|---|---|
| Mortgage was paid through the Trustee from December 2018 through January 2019 | |
| Current monthly mortgage payment: | $263.38 |
| The next post-petition payment was due on: | February 2019 |

### PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.


Dated: June 27, 2024                                Respectfully submitted,


                                                    /s/ Jack N. Zaharopoulos
                                                    Standing Chapter 13 Trustee
                                                    Suite A, 8125 Adams Drive
                                                    Hummelstown, PA  17036
                                                    Phone:  (717) 566-6097
                                                    Fax:  (717) 566-8313
                                                    email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Barry Francioni

Case No.:5-18-04456 MJC

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 27, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Pro Se

**Served by First Class Mail**
SN Servicing Corp
323 5th St
Eureka CA 95501

Barry Francioni
1029 Lasalle St
Berwick PA 18603

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 27, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-04456     **BARRY FRANCIONI**

**BAYVIEW LOAN SERVICING, LLC**
4425 PONCE DE LEON BLVD
5TH FL
CORAL GABLES, FL  3314

Acct No: 2361

03/19 NO LONGER CONDUIT AP1

Sequence: 07
Modify:
Filed Date:
Hold Code: H

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $0.00 | Debt: $534.00 | Interest Paid: $0.00 |  |
| Amt Due: $0.00 | Paid: $534.00 | Accrued Int: $0.00 |  |
|  |  | Balance Due: $0.00 |  |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5010** | **BAYVIEW LOAN SERVICING, LLC** | | | | | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 02/07/2019 | 1197583 | $267.00 | $0.00 | $267.00 | 02/21/2019 |
|  | DisbDescrp: Payment for 1/2019 | | | | | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 01/10/2019 | 1196309 | $267.00 | $0.00 | $267.00 | 01/22/2019 |
|  | DisbDescrp: Payment for 12/2018 | | | | | | | |
|  |  | | Sub-totals: | | $534.00 | $0.00 | $534.00 | |
|  |  | | Grand Total: | | $534.00 | $0.00 | | |

Case 5:18-bk-04456-MJC   Doc 86   Filed 06/27/24   Entered 06/27/24 14:07:11   Desc
Page 4 of 9

1

# Disbursements for Claim

**Case:** 18-04456    BARRY FRANCIONI

SN SERVICING CORP
323 5TH STREET

EUREKA, CA   95501-

Acct No: 2361/PRE ARREARS/1029 LAS

Sequence: 24
Modify:
Filed Date: 12/24/2018 12:00:00AM
Hold Code:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Amt Sched: | $22,699.00 | Debt: $1,400.00 | Interest Paid: $0.00 |  |  |
|  |  |  | Accrued Int: $0.00 |  |  |
| Amt Due: | $0.00 | Paid: $1,400.00 | Balance Due: $0.00 |  |  |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **SN SERVICING CORP** | | | | | | | |
| 520-0 | SN SERVICING CORP | | 03/14/2024 | 9018188 | $96.36 | $0.00 | $96.36 | 03/14/2024 |
| 520-0 | SN SERVICING CORP | | 11/15/2023 | 9017515 | $28.97 | $0.00 | $28.97 | 11/15/2023 |
| 520-0 | SN SERVICING CORP | | 10/18/2023 | 9017339 | $30.48 | $0.00 | $30.48 | 10/18/2023 |
| 520-0 | SN SERVICING CORP | | 09/19/2023 | 9017161 | $104.24 | $0.00 | $104.24 | 09/19/2023 |
| 520-0 | SN SERVICING CORP | | 08/09/2023 | 9016976 | $30.47 | $0.00 | $30.47 | 08/09/2023 |
| 520-0 | SN SERVICING CORP | | 06/13/2023 | 9016608 | $29.29 | $0.00 | $29.29 | 06/13/2023 |
| 520-0 | SN SERVICING CORP | | 05/16/2023 | 9016426 | $29.28 | $0.00 | $29.28 | 05/16/2023 |
| 520-0 | SN SERVICING CORP | | 03/15/2023 | 9016034 | $29.27 | $0.00 | $29.27 | 03/15/2023 |
| 520-0 | SN SERVICING CORP | | 02/15/2023 | 9015836 | $29.28 | $0.00 | $29.28 | 02/15/2023 |
| 520-0 | RIGHT PATH SERVICING | | 12/13/2022 | 2020147 | $29.28 | $0.00 | $29.28 | 12/22/2022 |
| 520-0 | RIGHT PATH SERVICING | | 10/18/2022 | 2018162 | $94.78 | $0.00 | $94.78 | 10/27/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | V | 10/06/2022 | 2013579 | ($28.75) | $0.00 | ($28.75) | 10/06/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 08/17/2022 | 2015583 | $62.06 | $0.00 | $62.06 | 08/30/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 07/13/2022 | 2014544 | $28.75 | $0.00 | $28.75 | 07/22/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 06/14/2022 | 2013579 | $28.75 | $0.00 | $28.75 | 10/06/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 05/17/2022 | 2012512 | $28.74 | $0.00 | $28.74 | 05/27/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 03/16/2022 | 2010445 | $28.74 | $0.00 | $28.74 | 03/29/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 02/16/2022 | 2009472 | $28.75 | $0.00 | $28.75 | 02/28/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 01/19/2022 | 2008465 | $98.32 | $0.00 | $98.32 | 01/27/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 11/16/2021 | 2006426 | $24.58 | $0.00 | $24.58 | 11/29/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 09/14/2021 | 2004376 | $50.60 | $0.00 | $50.60 | 10/04/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 08/18/2021 | 2003326 | $25.32 | $0.00 | $25.32 | 09/01/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 06/16/2021 | 2001318 | $50.61 | $0.00 | $50.61 | 06/24/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 04/15/2021 | 1228925 | $49.00 | $0.00 | $49.00 | 04/22/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 02/17/2021 | 1226888 | $24.52 | $0.00 | $24.52 | 02/25/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 01/19/2021 | 1225879 | $26.65 | $0.00 | $26.65 | 01/27/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 12/10/2020 | 1224076 | $28.45 | $0.00 | $28.45 | 12/17/2020 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 11/03/2020 | 1223209 | $114.64 | $0.00 | $114.64 | 11/12/2020 |
| 520-0 | BAYVIEW LOAN SERVICING | | 10/15/2020 | 1222188 | $35.75 | $0.00 | $35.75 | 10/22/2020 |
| 520-0 | BAYVIEW LOAN SERVICING | | 07/07/2020 | 1219024 | $67.25 | $0.00 | $67.25 | 07/14/2020 |
| 520-0 | BAYVIEW LOAN SERVICING | | 04/14/2020 | 1215897 | $34.85 | $0.00 | $34.85 | 04/28/2020 |
| 520-0 | BAYVIEW LOAN SERVICING | | 03/12/2020 | 1214582 | $34.85 | $0.00 | $34.85 | 03/20/2020 |
| 520-0 | BAYVIEW LOAN SERVICING | | 02/13/2020 | 1213267 | $25.87 | $0.00 | $25.87 | 02/21/2020 |
| | | | | Sub-totals: | $1,400.00 | $0.00 | $1,400.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | Grand Total: | $1,400.00 | $0.00 | | |

# Disbursements for Claim

**Case:** 18-04456    **BARRY FRANCIONI**

**SN SERVICING CORP**
323 5TH STREET

EUREKA, CA   95501-

**Acct No:** 2361

**Sequence:** 24
**Modify:**
**Filed Date:** 12/24/2018 12:00:00AM
**Hold Code:**

@ 10.58%/PLUS CONDUIT OF $534/SEE #520

|  |  |  |
|---|---|---|
| **Amt Sched:** $22,699.00 | **Debt:** $18,526.72 | **Interest Paid:** $0.00 |
|  |  | **Accrued Int:** $0.00 |
| **Amt Due:** $0.00 | **Paid:** $18,526.72 | **Balance Due:** $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | DisbDescrp |  |
| **0030** | **SN SERVICING CORP** | | | | | | | |
| 003-0 | SN SERVICING CORP | | 03/14/2024 | 9018188 | $1,275.23 | $0.00 | $1,275.23 | 03/14/2024 |
| 003-0 | SN SERVICING CORP | | 11/15/2023 | 9017515 | $383.31 | $0.00 | $383.31 | 11/15/2023 |
| 003-0 | SN SERVICING CORP | | 10/18/2023 | 9017339 | $403.30 | $0.00 | $403.30 | 10/18/2023 |
| 003-0 | SN SERVICING CORP | | 09/19/2023 | 9017161 | $1,379.47 | $0.00 | $1,379.47 | 09/19/2023 |
| 003-0 | SN SERVICING CORP | | 08/09/2023 | 9016976 | $403.31 | $0.00 | $403.31 | 08/09/2023 |
| 003-0 | SN SERVICING CORP | | 06/13/2023 | 9016608 | $387.47 | $0.00 | $387.47 | 06/13/2023 |
| 003-0 | SN SERVICING CORP | | 05/16/2023 | 9016426 | $387.48 | $0.00 | $387.48 | 05/16/2023 |
| 003-0 | SN SERVICING CORP | | 03/15/2023 | 9016034 | $387.44 | $0.00 | $387.44 | 03/15/2023 |
| 003-0 | SN SERVICING CORP | | 02/15/2023 | 9015836 | $387.47 | $0.00 | $387.47 | 02/15/2023 |
| 003-0 | RIGHT PATH SERVICING | | 12/13/2022 | 2020147 | $387.48 | $0.00 | $387.48 | 12/22/2022 |
| 003-0 | RIGHT PATH SERVICING | | 10/18/2022 | 2018162 | $1,254.13 | $0.00 | $1,254.13 | 10/27/2022 |
| 003-0 | COMMUNITY LOAN SERVICING LLC | V | 10/06/2022 | 2013579 | ($380.38) | $0.00 | ($380.38) | 10/06/2022 |
| 003-0 | COMMUNITY LOAN SERVICING LLC | | 08/17/2022 | 2015583 | $821.32 | $0.00 | $821.32 | 08/30/2022 |
| 003-0 | COMMUNITY LOAN SERVICING LLC | | 07/13/2022 | 2014544 | $380.39 | $0.00 | $380.39 | 07/22/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 003-0 | COMMUNITY LOAN SERVICING LLC | | 06/14/2022 | 2013579 | $380.38 | $0.00 | $380.38 | 10/06/2022 |
| 003-0 | COMMUNITY LOAN SERVICING LLC | | 05/17/2022 | 2012512 | $380.39 | $0.00 | $380.39 | 05/27/2022 |
| 003-0 | COMMUNITY LOAN SERVICING LLC | | 03/16/2022 | 2010445 | $380.39 | $0.00 | $380.39 | 03/29/2022 |
| 003-0 | COMMUNITY LOAN SERVICING LLC | | 02/16/2022 | 2009472 | $380.39 | $0.00 | $380.39 | 02/28/2022 |
| 003-0 | COMMUNITY LOAN SERVICING LLC | | 01/19/2022 | 2008465 | $1,301.09 | $0.00 | $1,301.09 | 01/27/2022 |
| 003-0 | COMMUNITY LOAN SERVICING LLC | | 11/16/2021 | 2006426 | $325.27 | $0.00 | $325.27 | 11/29/2021 |
| 003-0 | COMMUNITY LOAN SERVICING LLC | | 09/14/2021 | 2004376 | $669.80 | $0.00 | $669.80 | 10/04/2021 |
| 003-0 | COMMUNITY LOAN SERVICING LLC | | 08/18/2021 | 2003326 | $334.88 | $0.00 | $334.88 | 09/01/2021 |
| 003-0 | COMMUNITY LOAN SERVICING LLC | | 06/16/2021 | 2001318 | $669.78 | $0.00 | $669.78 | 06/24/2021 |
| 003-0 | COMMUNITY LOAN SERVICING LLC | | 04/15/2021 | 1228925 | $648.42 | $0.00 | $648.42 | 04/22/2021 |
| 003-0 | COMMUNITY LOAN SERVICING LLC | | 02/17/2021 | 1226888 | $324.59 | $0.00 | $324.59 | 02/25/2021 |
| 003-0 | COMMUNITY LOAN SERVICING LLC | | 01/19/2021 | 1225879 | $352.51 | $0.00 | $352.51 | 01/27/2021 |
| 003-0 | COMMUNITY LOAN SERVICING LLC | | 12/10/2020 | 1224076 | $376.55 | $0.00 | $376.55 | 12/17/2020 |
| 003-0 | COMMUNITY LOAN SERVICING LLC | | 11/03/2020 | 1223209 | $1,517.16 | $0.00 | $1,517.16 | 11/12/2020 |
| 003-0 | BAYVIEW LOAN SERVICING | | 10/15/2020 | 1222188 | $473.15 | $0.00 | $473.15 | 10/22/2020 |
| 003-0 | BAYVIEW LOAN SERVICING | | 07/07/2020 | 1219024 | $889.76 | $0.00 | $889.76 | 07/14/2020 |
| 003-0 | BAYVIEW LOAN SERVICING | | 04/14/2020 | 1215897 | $461.21 | $0.00 | $461.21 | 04/28/2020 |
| 003-0 | BAYVIEW LOAN SERVICING | | 03/12/2020 | 1214582 | $461.21 | $0.00 | $461.21 | 03/20/2020 |
| 003-0 | BAYVIEW LOAN SERVICING | | 02/13/2020 | 1213267 | $342.37 | $0.00 | $342.37 | 02/21/2020 |
| | | | | Sub-totals: | $18,526.72 | $0.00 | $18,526.72 | |
| | | | | Grand Total: | $18,526.72 | $0.00 | | |