United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-04456-MJC
Barry Francioni  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Jul 26, 2024      Form ID: fnldecnd      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry Francioni, 1029 LaSalle Street, Berwick, PA 18603-1816 |
| 5129810 | + | Bayview Loan Servicing, LLC, a Delaware Limited Li, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 5135236 | + | Berwick Hospital, 701 E 16th St, Berwick, PA 18603-2397 |
| 5135238 | + | Columbia Couuty Tax Claim Bureau, 11 W Main Street, Bloomsburg, PA 17815-1702 |
| 5135246 | + | McCabe, Weisberg and Conway, P.C., 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 5490130 | + | Nationstar Mortgage LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 5490131 | + | Nationstar Mortgage LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015, Nationstar Mortgage LLC, 2121 Waukegan Road,Suite 300 Bannockburn,Pennsylvania 60015-1831 |
| 5122104 | + | Northwest Consumer Dis, 1000 S Market, Bloomsburg, PA 17815-2600 |
| 5122106 | + | Regency Cons Disc Co I, 1301 New Berwick Hwy, Bloomsburg, PA 17815-8809 |
| 5122109 | + | Wf Crd Svc, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 26 2024 18:40:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| cr | ^ | MEBN | Jul 26 2024 18:36:17 | SN Servicing Corporation, as servicer for U.S. Ban, c/o Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 5122095 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 26 2024 18:40:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 5122096 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2024 18:50:44 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 5154965 | + | Email/Text: rnewhart@columbiapa.org | Jul 26 2024 18:40:00 | Columbia County Tax Claim Bureau, PO Box 380, Bloomsburg, PA 17815-0380 |
| 5122097 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2024 18:40:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 5122098 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jul 26 2024 18:40:00 | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 5366836 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 26 2024 18:40:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 5366835 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 26 2024 18:40:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 5122099 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 26 2024 18:40:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 5135242 | | ^ MEBN | Jul 26 2024 18:36:17 | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5122100 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 26 2024 18:40:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 5122101 | + | Email/Text: support@ljross.com | Jul 26 2024 18:40:00 | L J Ross Associates In, 4 Universal Way, Jackson, MI 49202-1455 |
| 5122102 | | Email/Text: camanagement@mtb.com | Jul 26 2024 18:40:00 | M & T Bank, Po Box 7678, Buffalo, NY 14240 |
| 5130702 | + | Email/Text: camanagement@mtb.com | Jul 26 2024 18:40:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5122103 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jul 26 2024 18:40:00 | Medical Data Systems I, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5122105 | | ^ MEBN | Jul 26 2024 18:36:12 | PP&L, 2 NORTH 9TH STREET, ALLENTOWN, PA 18101-1139 |
| 5124702 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2024 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5512624 | | Email/Text: bknotices@snsc.com | Jul 26 2024 18:40:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 5512625 | | Email/Text: bknotices@snsc.com | Jul 26 2024 18:40:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 5122107 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2024 18:51:13 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 5122108 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2024 18:50:56 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 5547188 | | ^ MEBN | Jul 26 2024 18:36:04 | U.S. Bank Trust National Association as Trustee, for LB-Ranch Series V Trust, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust National Association as 95501-0305 |
| 5547187 | | ^ MEBN | Jul 26 2024 18:36:05 | U.S. Bank Trust National Association as Trustee, for LB-Ranch Series V Trust, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| 5135235 | *+ | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 5135237 | *P++ | CITIFINANCIAL, BANKRUPTCY FORECLOSURE UNIT, 1000 TECHNOLOGY DRIVE, OFALLON MO 63368-2239, address filed with court:, Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 5135239 | *+ | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 5135240 | *+ | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 5135241 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 5135243 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 5135244 | *+ | L J Ross Associates In, 4 Universal Way, Jackson, MI 49202-1455 |
| 5135245 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Po Box 7678, Buffalo, NY 14240 |
| 5135247 | *+ | Medical Data Systems I, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5135248 | *+ | Northwest Consumer Dis, 1000 S Market, Bloomsburg, PA 17815-2600 |
| 5135250 | *+ | PP&L, 2 NORTH 9TH STREET, ALLENTOWN, PA 18101-1139 |

| | | |
|---|---|---|
| 5135249 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5135251 | *+ | Regency Cons Disc Co I, 1301 New Berwick Hwy, Bloomsburg, PA 17815-8809 |
| 5135252 | *+ | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 5135253 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 5135254 | *+ | Wf Crd Svc, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |

TOTAL: 1 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:

**Name** — **Email Address**

Alexandra Teresa Garcia
on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Christopher A DeNardo
on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com cistewart@logs.com

Denise E. Carlon
on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

Lauren Marie Moyer
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee for LB-Ranch Series V Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Marisa Myers Cohen
on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com

Michael Patrick Farrington
on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company tue67813@temple.edu

Michelle Ghidotti
on behalf of Creditor U.S. Bank Trust National Association as Trustee of LB-Tiki Series V Trust bknotifications@ghidottiberger.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Barry Francioni, | Chapter 13 |
| **Debtor 1** | Case No. 5:18−bk−04456−MJC |

Social Security No.:
    xxx−xx−5250

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Barry Francioni** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: July 26, 2024

**fnldec** (01/22)